UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 00413
   EDWARD J VILLARREAL

                                        CHAPTER 13

                                        JUDGE: MANUEL BARBOSA

       Debtor
   SSN XXX-XX-5293

------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 01/10/07 and confirmed on 04/03/07.

   2.  The case was converted to Chapter 7 after confirmation, 06/19/2008.

   3.  The Debtor paid a total of $   5417.76 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ACCREDITED HOME LENDERS | UNSECURED | .00 | .00 | .00 |
| KANE COUNTY TREASURER | UNSECURED | NOT FILED | .00 | .00 |
| KELLY PARTNERS | SECURED | .00 | .00 | .00 |
| TOYOTA MOTOR CREDIT CORP | SECURED VEHIC | 22229.68 | 1195.83 | 4008.89 |
| INTERNAL REVENUE SERVICE | PRIORITY | 2851.71 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 299.61 | .00 | .00 |
| ACCOUNT RECOVERY SERVICE | UNSECURED | 518.55 | .00 | .00 |
| ACTIVITY COLLECTION SVC | UNSECURED | 1240.00 | .00 | .00 |
| ASPIRE VISA | UNSECURED | NOT FILED | .00 | .00 |
| CBE GROUP | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| COLUMBUS BANK & TRUST CA | UNSECURED | NOT FILED | .00 | .00 |
| FIRST NATIONAL CREDIT CA | UNSECURED | NOT FILED | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 573.75 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 563.90 | .00 | .00 |
| LOU HARRIS | UNSECURED | 1525.00 | .00 | .00 |
| MCS | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NICOR GAS | UNSECURED | 578.16 | .00 | .00 |
| NORTHWEST COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWEST COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| ORCHARD BANK | UNSECURED | NOT FILED | .00 | .00 |
| POMPS TIRE SERVICE | UNSECURED | 2352.63 | .00 | .00 |
| TOYOTA MOTOR CREDIT CORP | UNSECURED | 707.68 | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 1620.00 | .00 | .00 |

ILLINOIS DEPT REVENUE      UNSECURED           356.40              .00             .00
                    Summary of disbursements:

------------------------------------------------------------------------------------

                        SECURED      PRIORITY    UNSECURED      OTHER       TOTAL
------------------------------------------------------------------------------------

TOTAL CLMS ALLOWED    22229.68      4471.71      8715.68         .00     35417.07
PRINCIPAL PAID         4008.89          .00          .00         .00      4008.89
INTEREST PAID          1195.83          .00          .00         .00      1195.83
TOTAL PAID             5204.72          .00          .00         .00      5204.72
The Debtor's attorney, JAMES A YOUNG & ASSOC          , was allowed $   2500.00
and was paid $   1000.00  direct and $       .00  through the plan.

The Trustee received $    213.04 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 09/11/08                    /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE




                              PAGE   2
              CASE NO. 07 B 00413 EDWARD J VILLARREAL